**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Golden Marina Causeway LLC**, | Bankruptcy No. 16-03587 |
| Debtor. | Honorable Donald R. Cassling |

**COVER SHEET FOR SUSAN M. FRANZETTI AND NIJMAN FRANZETTI'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Susan M. Franzetti and Nijman Franzetti, LLP. |
| Authorized to Provide Professional Services to: | Golden Marina Causeway LLC |
| Period for Which Compensation is Sought: | March 8, 2017, through October 31, 2017. |
| Amount of Fees Sought: | $       3,042.00 |
| Amount of Expense Reimbursement Sought: | $      0 |
| This is a: | First and Final Application |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is:  $    0.00     .

{00103822}                                           1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Golden Marina Causeway LLC**, | Bankruptcy No. 16-03587 |
| Debtor. | Honorable Donald R. Cassling |

## NOTICE OF APPLICATION

**Please take notice** that on **December 19, 2017, at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Donald R. Cassling, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present **Susan M. Franzetti and Nijman Franzetti's First and Final Application for Compensation**, a copy of which is attached hereto and herewith served upon you.

Dated: November 17, 2017         /s/ William J. Factor
                                 One of the Debtor's attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
Z. James Liu (6313367)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        jpaulsen@wfactorlaw.com
        jliu@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, William J. Factor, an attorney, hereby certify that on November 17, 2017, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused copies of the foregoing *Notice of Application, Creditor Notice of Application,* and/or the accompanying *Application* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List.

/s/ William J. Factor

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

- **Lauren N. Beslow**    Lauren.Beslow@quarles.com
- **F Mark Bromley**    bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us; anzivinotm@doj.state.wi.us
- **David R Doyle**    ddoyle@shawfishman.com, kjanecki@shawfishman.com
- **William J Factor**    wfactor@wfactorlaw.com, wfactorlaw@gmail.com; bharlow@wfactorlaw.com; wfactor@ecf.inforuptcy.com; wfactormyecfmail@gmail.com; r43923@notify.bestcase.com
- **Sarah Fowler**    sarah.fowler@icemiller.com, Kathy.Chulchian@icemiller.com
- **Patrick S Layng**    USTPRegion11.ES.ECF@usdoj.gov
- **Zhijun Liu**    jliu@wfactorlaw.com, jliu@ecf.inforuptcy.com; bharlow@wfactorlaw.com; nbouchard@wfactorlaw.com
- **Jeffrey K. Paulsen**    jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com; jpaulsen@ecf.inforuptcy.com
- **Victoria E Powers**    victoria.powers@icemiller.com, Deborah.Wolf@icemiller.com
- **Mark L Radtke**    mradtke@shawfishman.com, kmosesso@shawfishman.com
- **Michael J. Small**    msmall@foley.com, thardy@foley.com;CHI-LitigationDocket@foley.com
- **Christopher B Wick**    cwick@hahnlaw.com, hlpcr@hahnlaw.com; cmbeitel@hahnlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Golden Marina Causeway LLC**, | Bankruptcy No. 16-03587 |
| Debtor. | Honorable Donald R. Cassling |

## SUSAN M. FRANZETTI AND NIJMAN FRANZETTI'S FIRST AND FINAL APPLICATION FOR COMPENSATION

1. By this Application, Susan M. Franzetti and Nijman Franzetti LLP. (collectively, "***Nijman Franzetti***") seek an order of this Court allowing and awarding on a final basis fees in the amount of $3,042.00 for professional services rendered by Nijman Franzetti as special counsel for Golden Marina Causeway LLC (the "***Debtor*** during the period of March 8, 2017, through October 31, 2017 (the "***Application Period***").

### JURISDICTION

2. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. This matter is before the Court pursuant to 28 U.S.C. § 157 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois.

3. Venue of this Case and this Application is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Consideration of this Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(1) and (b)(2)(A) and (O).

4. Nijman Franzetti makes this Application pursuant to (a) 11 U.S.C. §§ 105(a) and 330, (b) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (c) applicable provisions of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted by the Office of the United States Trustee, (d) Rule 5082-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Northern District of Illinois, and (e) other applicable case law, as further discussed herein.

{00015125}

## BACKGROUND.

5. On February 5, 2016, the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code. The Debtor remains in possession of its property and continues to operate and manage its affairs as debtor-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

6. When it filed for bankruptcy, the Debtor owned two parcels of real estate located at 302 and 311 East Greenfield Avenue in Milwaukee, Wisconsin (the "**Greenfield Properties**"). Through this case, the Debtor sold the Greenfield Properties to a third party, generating proceeds that it will use to pay creditors.

7. The Debtor is owned by Lawrence Fromelius, who also owns L. Fromelius Investment Properties LLC ("**LFI**" and, along with the Debtor and Fromelius, the "**Debtors**"). In late June 2015, and in early July of 2015, Fromelius and LFI, respectively, also filed their own chapter 11 bankruptcies (the "**Related Bankruptcies**" and, along with captioned case, the "**Cases**").

8. On April 4, 2017, the Court entered an order authorizing the Debtor to employ Nijman Franzetti as special environmental counsel effective as of March 8, 2017. ECF No. 131.

9. Franzetti represented the Debtor in connection with issues relating to the administrative order entered into by certain parties and the United States Environmental Protection Agency, Region V, for the performance of a Remediation Investigation/Feasibility Study under the Comprehensive Environmental Response, Compensation, and Liability Act and other environmental matters related to the Debtor's property.

I. **Summary of services rendered by Nijman Franzetti.**

10. This Application is the first application for compensation and expense reimbursement that Nijman Franzetti has filed in the Case. The fees for services (the "**Services**") provided by Nijman Franzetti during the Application Period detailed in **Exhibit A**, and summarized as follows.

| Professional | Title | Hourly Rate | Hours | Value |
|---|---|---:|---:|---:|
| Susan M. Franzetti | Partner | $390 | 7.8 | 3,042 |
| | | Totals: | 7.8 | $3,042.00 |

II.  **All fees were for Services in a single category.**

Nijman Franzetti was retained as special counsel to provide the Debtor with legal counsel on environmental matters.

## DISCUSSION

III.  **Nijman Franzetti's fees are reasonable and should be allowed.**

11.  Under Section 330(a)(1)(A), the Court may award the professional person "reasonable compensation for actual, necessary services rendered[.]" 11 U.S.C. § 330(a)(1)(A).  Section 330(a) further provides:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including – (A) the time spent on such services; (B) the rates charged for such services; (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under [the Bankruptcy Code]; (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (E) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

12.  In determining the "extent and value of compensation," the Seventh Circuit endorses the "'lodestar' approach – multiplying the number of actual and necessary hours reasonably expended by a reasonable hourly rate[.]" *In re Wildman*, 72 B.R. 700, 712 (Bankr. N.D. Ill. 1987) (Schmetterer, J.); *accord In re UNR Indus., Inc.*, 986 F.2d 207, 210-11 (7th Cir. 1993) (lodestar approach provides fair compensation under Section 330); *see also City of Burlington v. Dague*, 505 U.S. 557, 562 (1992) ("The 'lodestar' figure has, as its name suggests, become the guiding

light of our fee-shifting jurisprudence. We have established a 'strong presumption' that the lodestar represents the 'reasonable' fee[.]").

13. The Seventh Circuit has mandated that an "attorney's actual billing rate … is considered to be the presumptive market rate." *Small*, 264 F.3d at 707. Moreover, "[t]he lawyer's regular rate is strongly presumed to be the market rate for his or its services." *Moriarty v. Svec*, 233 F.3d 955, 965 (7th Cir. 2000), *cert. denied*, 532 U.S. 1066 (2001).

14. Additionally, under generally accepted standards, if the services of an attorney employed under Section 327 are reasonably likely to benefit the estate, they should be compensable. *See Andrews & Kurth LLP v. Family Snacks, Inc. (In re Pro-Snax Distributors, Inc.)*,157 F.3d 414, 421 (5th Cir. 1998); *In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 71 (2d Cir. 1996); 2 LAWRENCE P. KING, COLLIER ON BANKRUPTCY ¶ 330.04 at 330-43 (15th ed. rev. 1999); *cf.* 11 U.S.C. § 330(a)(4)(A)(ii)(I). In this same context, "[n]ecessary services are those that aid the professional's client in fulfilling its duties under the Code." *In re Ben Franklin Retail Store, Inc.*, 227 B.R. 268, 270 (Bankr. N.D. Ill. 1998) (Barliant, J.).

15. The average hourly billing rate for the attorneys who performed the Services—that is, the "lodestar" rate—is $390.00. This average rate is fair and reasonable in light of the Services provided and the experience of Nijman Franzetti's professionals. Moreover, the compensation requested by Nijman Franzetti is reasonable based upon the customary compensation charged by comparably-skilled practitioners in either non-bankruptcy or bankruptcy cases.

IV. Notice

16. No prior request for the relief requested by this Application has been made to this Court or any other court.

17. Rule 2002 provides that all creditors shall be provided with at least 21 days' notice of a request for compensation.

18. Twenty-one days' notice of this Application has been served on (a) the Office of the United State Trustee, (b) the Debtor, (c) all creditors that have filed a proof of claim in the case, and (d) all Registrants in the case.

19. Twenty-one days' notice of this Application has been served on (a) the Office of the United State Trustee, (b) the Debtor personally, (c) all creditors that have filed a proof of claim in the case, and (d) all Registrants in the case. In addition, a notice in the form as **Exhibit B** has been sent to all creditors that have not filed proofs of claim advising them of the hearing on this application.

20. Pursuant to Bankruptcy Rule 9006(c), Nijman Franzetti request that the Court approve the notice of this application as set forth in paragraph 19. The notice provided ensures that all creditors have notice of hearing on the Application and that the parties participating in the Case, and thus those likely having the most significant stake in the Case, have been served with a full copy of the Application.

WHEREFORE, Nijman Franzetti respectfully requests that the Court enter an Order, substantially in the form submitted herewith:

A. Finding that notice of the Application was adequate and approving the Notice of the Application, attached as Exhibit B;

B. Allowing and awarding Nijman Franzetti on a final basis fees in the amount of $3,042.00 incurred during the Application Period;

C. Authorizing the Debtor to pay the allowed fees and expenses; and

D. Granting such other and further relief as this Court deems just and appropriate.

Dated: November 17, 2017              /s/ William J. Factor
                                      One of the Debtor's attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
Z. James Liu (6313367)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        jpaulsen@wfactorlaw.com
        jliu@wfactorlaw.com

{00103822}                                    5

| Date | Lwyr | Description | Rate | Hours | Fee |
|---|---|---|---|---|---|
| 3/9/2017 | SMF | Prepare for and participate in conference call with PRPS (WE Energies, Cliffs Mining and ANR) re Maxus request to withdraw from Solvay Coke Site PRP Group | 390.00 | 1.5 | $ 585.00 |
| 3/14/2017 | SMF | Participate in Solvay Site PRP Group conference call regarding Maxus request for approval of withdrawal | 390.00 | 0.7 | $ 273.00 |
| 3/24/2017 | SMF | Conference call with W. Factor and interested party regarding proposed sale of 311 E. Greenfield property and environmental conditions/development potential | 390.00 | 0.8 | $ 312.00 |
| 3/24/2017 | SMF | Review and respond to PRPs counsel regarding Maxus bankruptcy claims and Maxus request to withdraw from Solvay Site PRP Group | 390.00 | 0.3 | $ 117.00 |
| 4/6/2017 | SMF | Conference call with PRPs representatives re Maxus request to withdraw from PRP Group and Court order approving sale of property to WE Energies | 390.00 | 0.7 | $ 273.00 |
| 4/12/2017 | SMF | Review and comment on Maxus response to withdrawal terms and ANR's draft proposed reply | 390.00 | 0.3 | $ 117.00 |
| 4/26/2017 | SMF | Prepare excerpts of RI Report and Figures regarding extent of contamination to bankruptcy counsel (W. Factor) and transmit to W. Factor | 390.00 | 0.5 | $ 195.00 |
| 4/27/2017 | SMF | Prepare summary of property history for bankruptcy counsel regarding insurance issues | 390.00 | 0.5 | $ 195.00 |
| 4/28/2017 | SMF | Conference call will W. Factor and J. Paulsen re insurance policies for Golden Marina E. Grennfield property and history of environmental releases | 390.00 | 0.4 | $ 156.00 |
| 5/17/2017 | SMF | Telephone call with W. Factor regarding Solvay Site PRP Proofs of Claim; review and revise draft objection to Wisconsin Gas Proof of Claim | 390.00 | 0.6 | $ 234.00 |
| 6/15/2017 | SMF | Telephone call with J. Paulson re-questions on escrow account payments; review file and draft email to Jay Paulson with escrow account payments information; review Jay Paul's email requests documentation on | 390.00 | 0.4 | $ 156.00 |
| 6/30/2017 | SMF | Review Cliffs's involuntary bankruptcy documents from J. Paulson; review file documents and prepare responses to issues raised by cliffs's regarding May 2018 EPA oversight cost bill and pass class claim against Maxus | 390.00 | 1.1 | $ 429.00 |
| | | **Total:** | | 7.8 | $ 3,042.00 |

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Golden Marina Causeway, LLC,** | Bankruptcy No. 16-03587 |
| | Honorable Donald R. Cassling |
| Debtor. | Hearing Date: December 19, 2017<br>Hearing Time: 9:30 a.m. |

**NOTICE OF THE FIRST AND FINAL APPLICATION
FOR COMPENSATION FILED BY SUSAN FRANZETTI
AND NIJMAN FRANZETTI'S, SPECIAL COUNSEL
TO THE DEBTOR, AND HEARING THEREON**

**To:** Creditors

**Please take notice that** on November 17, 2017, the undersigned filed a First and Final Application for Compensation (the "***Application***"), as special environmental counsel for debtor Golden Marina Causeway, with the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division. A copy of the Application made be obtain by request to Jeffrey K. Paulsen, FactorLaw, 105 W. Madison St., Suite 1500, Chicago, IL 60602; Tel: 312-878-0969; Email: jpaulsen@wfactorlaw.com.

**Please take further notice that,** Susan A. Franzetti and Nijman Franzetti LLP (collectively, "***Nijman Franzetti***") seek a final award of compensation in the amount of $3,042, for services rendered during the period of March 8, 2017, through October 31, 2017.

**Please take further notice that,** a hearing to consider the Application will be held before the Honorable Donald R. Cassling, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, on

{00103822}                                                1

# EXHIBIT B

**December 19, 2017 at 9:30 a.m. prevailing Central Time**, or as soon thereafter as the undersigned counsel may be heard.

Dated: November 17, 2017 /s/ William J. Factor
One of the Debtor's Attorneys

William J. Factor (6205675)
Jeffrey K. Paulsen (6300528)
Z. James Liu (6313367)
FACTORLAW
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (847) 239-7248
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com
jpaulsen@wfactorlaw.com
jliu@wfactorlaw.com